## Commonwealth ex rel. Gross *v.* Gross, Appellant.

Argued September 13, 1966. *Ronald N. Rutenberg,* with him *Ruten-*

*berg, Rutenberg & Rutenberg,* for appellant; *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellee.

Order affirmed.